From: 8109400264        Page: 3/3      Date: 8/25/2006 12:20:06 PM

FILED
SCRANTON

AUG 31 2006

PER _____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In Re Cargill Meat Solutions Corp.* : | No. 3:06-cv-513 (M.D. Pa.) |
| *Wage and Hour Litigation* : | ⅃ 06 - 1420 |
| : | **CLASS ACTION** |
| : | |
| : | **DEMAND FOR JURY TRIAL** |

**STIPULATION REGARDING PLAINTIFFS'**
**VOLUNTARY DISMISSAL OF 3:06-cv-1420**

In response to this Court's August 15, 2006, Order directing that Civil Action

Nos. 3:06-cv-00513-WJN, 3:06-cv-00532-WJN, and 3:06-cv-01420-WJN, be

consolidated for all purposes under the caption *In Re Cargill Meat Solutions Corp. Wage*

*and Hour Litigation*, No 3:06-cv-513 (M.D. Pa.), Plaintiffs and Defendant, by and

through their respective counsel, hereby agree and stipulate as follows:

1.   That the Court expressly held that all original parties to Civil Action No.

3:06-cv-01420-WJN ("*Curtis II*") shall be deemed to be parties to this

consolidated action. In light of the Court's decision, Plaintiffs and

Defendant agree that the original date of filing each Notice of Consent in

*Curtis II* (filed pursuant to 29 U.S.C. § 216(b)) shall be considered the

date of filing for purposes of the statute of limitations in the consolidated

case;

2.   Plaintiffs and Defendant agree that the named Plaintiffs in *Curtis II* shall

be deemed named Plaintiffs in this consolidated action with the following

exceptions: Plaintiffs agree that named Plaintiffs Timothy Cole and Jason

Robinson shall not be considered named Plaintiffs with respect to any

FLSA claims in this consolidated action because their claims under the

From: 6109400284        Page: 2/3      Date: 8/25/2006 12:20:06 PM

FLSA are either time-barred or subject to statutory exemptions under the

FLSA; and

3.    Plaintiffs will voluntarily dismiss the Complaint filed in *Curtis II* within 5

days of the execution of this Stipulation because it is duplicative and

unnecessary. Plaintiffs and Defendant agree that Plaintiffs' voluntary

dismissal of *Curtis II* shall not affect any of the legal and/or substantive

rights of any of the original plaintiffs in *Curtis II* with the exception of the

provisions set forth in paragraph 2 above.

DATED:  August 25, 2006

Earl L. Young, Esquire
Kearney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462

Joseph E. Tilson, Esquire
Meckler, Bulger & Tilson, LLP
Suite 1800
123 N. Wacker Drive
Chicago, Illinois 60606

Andrew Santillo, Esquire
Trujillo Rodriguez & Richards, LLC
226 W. Rittenhouse Square, 12th Floor
Philadelphia, PA 19103

APPROVED AND SO ORDERED:

Hon. William J. Nealon, Jr.                8/31/06