# HERLANDS, ROTHENBERG & LEVINE
ATTORNEYS-AT-LAW
345 WYOMING AVENUE, SUITE 210
POST OFFICE BOX 269
SCRANTON, PENNSYLVANIA 18503
lawoffice@herlandsrothenbergandlevine.com

SCOTT A. HERLANDS
scottherlands@herlandsrothenbergandlevine.com
HOWARD A. ROTHENBERG
howardrothenberg@herlandsrothenbergandlevine.com
JEFFREY A. LEVINE*
jeffreyalevine@herlandsrothenbergandlevine.com

PHONE: 570 961-1850
FAX: 570 961-5109

CARBONDALE OFFICE
27 NORTH MAIN STREET, 3RD FLOOR
CHAMBER OF COMMERCE BUILDING
CARBONDALE, PA 18407
PHONE: 570 282-7999
FAX: 570 282-7155

*ALSO MEMBER OF NEW JERSEY BAR

November 19, 2008
**-VIA FAX-**

The Honorable William J. Nealon
U.S. District Court for the Middle District of PA
Post Office 1146
Scranton, PA 18501-1146
Fax No.: #207-5709

**FILED
SCRANTON

NOV 2 1 2008

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

Re: Rahman v. Cargill Meat Solutions, Inc.
Docket No.: 06-532
Curtis, et al v. Cargill Meat Solutions Corp.
Docket Nos.: 06-513 and 06-14320
Our File No.: HR-3241

Dear Judge Nealon:

As you are aware, on Tuesday, November 18, 2008, I held a very lengthy Mediation session in the above captioned matter. Unfortunately, after nine hours of Mediation, we were unable to arrive at am amicable resolution of the outstanding issues.

I believe the parties will be in touch with you with respect to continuing their discovery in this case.

Thank you for considering me as a Mediator in this matter.

Very truly yours,

Howard A. Rothenberg, Esquire

HAR/ad
cc: Peter D. Winebrake, Esquire
cc: Joel H. Spitz, Esquire
cc: Vincent Candiello, Esquire
cc: Michael R. Phillips, Esquire
cc: Eric L. Young, Esquire

cc: Joseph E. Tilson, Esquire
cc: Ronald W. Crouch, Esquire
cc: Jacob M. Rubinstein, Esquire
cc: Jeremy J. Glenn, Esquire
cc: Alex V. Barbour, Esquire